IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GMAC REAL ESTATE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>REAL ESTATE BA, DAVID INKI CHUNG, KWUNG HO YANG, and HYUN CHUNG,<br><br>Defendants. | Case No. 1:05-CV-6817<br><br>Judge Gottschall |

## FINAL JUDGMENT

THIS MATTER having come before the Court on Plaintiff GMAC Real Estate, LLC's ("GMACRE") Motion for Entry of Default Judgment, the Court having granted that Motion, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

Judgment is entered favor of GMACRE and against Defendants David Inki Chung and Kwung Ho Yang, jointly and severally, in the amount of $100,524.37.

This action is dismissed, with prejudice. GMACRE is allowed such writs and processes as may be necessary in the enforcement and collection of this Judgment. This Court retains jurisdiction over this matter to enforce the terms of this Judgment.

DATED: February 14, 2006        **ENTERED:**

_____
UNITED STATES DISTRICT COURT JUDGE