# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| GMAC Real Estate, LLC | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 05 C 6817 |
| Real Estate BA, et al | |

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that It is hereby ordered that judgment is entered in favor of GMACRE and against Defendants David Inki Chung, Hyun Chung and Kwung Ho Yang, jointly and severally, in the amount of $50,551.87. It is further ordered that judgment is entered in favor of GMACRE and against David Inki Chung and Kwung Ho Yang, jointly and severally, in the amount of $100,524.37. See order for details as to relief sought as to Real Estate BA. This action is dismissed, with prejudice. Case terminated.

Michael W. Dobbins, Clerk of Court

Date: 2/14/2006     /s/ Rhonda Johnson, Deputy Clerk